IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                  CASE NO. 1:15-cr-18-MW/GRJ

JAMES AVERY ROBERTS,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 18, filed August 28, 2015, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, James Avery Roberts, to bank fraud as charged in Count I of the Information is hereby ACCEPTED.  All parties shall appear before the Court for sentencing as directed.

    **SO ORDERED on August 28, 2015.**

                                                     s/Mark E. Walker                
                                                     **United States District Judge**